IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SIDNEY J. ELLIS, <br><br> Plaintiff, <br><br> v. <br><br> SIEMENS ENTERPRISE NETWORK, INC., <br><br> Defendant. | Civil No. 04-4332-JBS-AMD |

### ORDER ON INFORMAL APPLICATION

This Matter having come before the Court by way of letter dated August 4, 2008 from plaintiff's counsel; and the Court having conducted a telephone conference held on August 5, 2008, with Mario A. Iavicoli, Esquire, appearing on behalf of the plaintiff, and Jason R. Schmitz, Esquire, appearing on behalf of defendant; and it appearing that defense counsel served subpoenas upon Kathleen Bartus, DAG, as set forth in plaintiff's counsel's letter of August 4, 2008; and the Court noting that the time to complete factual discovery has expired; and for the reasons set forth on the record; and for good cause shown:

IT IS this **6th** day of **August 2008**, hereby

**ORDERED** that the subpoenas served upon Kathleen Bartus, DAG, shall be, and hereby are, quashed without prejudice to

defendant's right to file a motion pursuant to F̲ed̲. R. C̲iv̲. P. to reopen discovery.

s/ Ann Marie Donio
ANN MARIE DONIO
United States Magistrate Judge

cc:  Hon. Jerome B. Simandle